CENTRAL TRUST COMPANY OF NEW YORK, as Substituted
   Trustee under a Mortgage Executed by the THIRD
   AVENUE RAILROAD COMPANY, Respondent, *v.* MORTON
   TRUST COMPANY et al., Appellants, et al., Defendants.
FREDERICK W. WHITRIDGE, as Receiver of the THIRD
         AVENUE RAILROAD COMPANY, Respondent.

(Submitted March 20, 1911; decided March 28, 1911.)

MOTION for re-argument.   (See 200 N. Y. 577.)

CULLEN, Ch. J.   On appeal we modified the judgments below
so as to award that part of the fund which proceeded from
interest on the award made by the commissioners for damage
to the real estate of the Third Avenue Railroad Company
to the appellants, Joline & Robinson, receivers; in other
respects affirming the judgments below.   From the sum paid
by the city an amount was paid to the attorneys for their
services in securing the award.   Motion is now made for re-ar-
gument or amendment to the remittitur for the purpose of
obtaining from us a decision whether the interest awarded
the appellants should bear any part of the expenses incurred
in obtaining the award.   We think the principle that should
control the disposition of the question is very simple.   If
the amount paid to the attorneys in the proceeding was
based on the total amount paid by the city, that is to say, on
the interest as well as the principal of the award, of course
the interest awarded to the appellants should bear its *pro rata*
share of such expenses, and the result should be the same if
there was interest allowed the attorneys on the amount of
their bill from the date of the award.   On the other hand, if
the interest on the award formed no factor in determining the
amount of the payment to the attorneys, no part of the attor-
neys' bill should be charged against it.   We are unable to
determine the question on this record because the facts do not
appear therein sufficiently clearly.   ·
   The motion for re-argument or amendment of remittitur

must, therefore, be denied, without costs, and the matter remitted to the Special Term in accordance with the original decision of this court.

HAIGHT, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ., concur.

Motion denied.